ORDERED.

**Dated:  December 09, 2024**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

DONALD MARCUSSON AND KERRIE ANN                Case No. 2:17-bk-01890-FMD
MACUSSON,

_____Debtors._____/

**ORDER APPROVING APPLICATION TO**
**EMPLOY SPECIAL COUNSEL FOR TRUSTEE**

THIS CASE came on for consideration without hearing upon an Application to Employ Special Counsel (Doc No. 32) filed by the Trustee herein. The Court has considered the Application, together with the record, and finds that the Application seeks to employ Layne Stackhouse of Shrader & Associates, LLP, Rebecca L. Tortorici of Akin Mears, LLP, and James J. McHugh, Jr., of Lopez McHugh, LLP, as special counsel for the Trustee. As no notice of hearing on the Application should be given, and the attorneys of the above-named law firms are duly admitted to practice in the court in which the relevant claim is pending, this Court is satisfied that the employment is necessary and would be in the best interest of the estate, and that the case is one justifying the employment of said attorneys under a contingency fee agreement. The Application to Employ Special Counsel, therefore should be approved, and it is, therefore

**ORDERED** that the Application be and the same is hereby approved.

**IT IS FURTHER ORDERED** that the Trustee be, and he is hereby authorized to employ Layne Stackhouse of Shrader & Associates, LLP, Rebecca L. Tortorici of Akin Mears, LLP, and James J. McHugh, Jr., of Lopez McHugh, LLP, based upon the terms and conditions in the Application. The amount of compensation of counsel from the estate, if any, shall be determined by Order of this Court upon properly submitted application for allowance filed in compliance with Bankruptcy Rule 2016. Compensation will be determined in accordance with 11 U.S.C. §330.

Trustee Robert E. Tardif Jr. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.